# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1037

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Ronald L. Roberts, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: December 29, 2005
Filed: January 5, 2006

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Almost four years after Ronald L. Roberts pleaded guilty to four felonies and was sentenced, the government filed a substantial-assistance sentence-reduction motion under Federal Rule of Criminal Procedure 35(b)(2). The district court[1] granted the government's motion and reduced Mr. Roberts's sentence to 97 months in prison and 3 years of supervised release. He appeals.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record and the parties' submissions on appeal, we find no merit to Mr. Roberts's claims that the district court committed plain error when resentencing him. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We deny the government's motion to dismiss this appeal.

_____